UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIA HUSSEIN,<br><br>       Plaintiff,<br><br>   v.<br><br>APPLE, INC.,<br><br>       Defendant. | Case No.  26-cv-03973-VC<br><br>**ORDER GRANTING MOTION TO TRANSFER**<br><br>Re: Dkt. No. 10 |

The unopposed motion to transfer is granted. For the reasons stated in the motion, the Court finds that transfer is in the interest of justice and convenience. 28 U.S.C. § 1404(a).

The Clerk of the Court is directed to transfer this case to the Western District of Washington, Seattle Division.

**IT IS SO ORDERED.**

Dated: July 8, 2026

VINCE CHHABRIA
United States District Judge